WRIGHT and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**92-2122.** State v. Bailey. *Lake County*, No. 91–L–021.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**92-2194.** Clark v. Southview Hosp. & Family Health Ctr. *Montgomery County*, Nos. 12845 and 13060.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**92-2203.** Local 330, Akron Firefighters Assn. (AFL–CIO) v. Romanoski. *Summit County*, No. 15514.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92-1760.** Leslie v. Kroger Co. *Clark County*, Nos. 2824 and 2899.

**92-1939.** State v. Brown. *Lucas County*, No. L–92–145.

RESNICK, J., not participating.

**92-2066.** Polofka v. Cutcher. *Lucas County*, No. L–91–329.

**92-2068.** Greene v. Brighton Hotel Corp. *Cuyahoga County*, No. 60838.

DOUGLAS and PFEIFER, JJ., dissent.

**92-2105.** Hurst v. Cavanaugh. *Jefferson County*, No. 90–J–7. On motion and cross-motion to certify the record. Motions denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**92-2114.** Staehle v. Staehle. *Franklin County*, No. 91AP–1523.

**92-2119.** Johnson v. Johnson. *Crawford County*, No. 3–91–50.

PFEIFER, J., not participating.

**92-2123.** State v. Swinehart. *Ashland County*, No. CA–999.

DOUGLAS, J., dissents.

**92-2124.** State v. Swinehart. *Ashland County*, Nos. CA–999 and CA–1000.

DOUGLAS, J., dissents.

**92-2125.** Manholt v. Maplewood Joint Vocational School Dist. Bd. of Edn. *Portage County*, No. 91–P–2410.

A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92-2134.** Branhan v. K–Mart Corp. *Hamilton County*, No. C–910867.

**92-2137.** State v. Fish. *Summit County*, No. 15506.

**92-2146.** Grim v. Schottenstein, Zox & Dunn Co., L.P.A. *Franklin County*, No. 91AP–1440.

WRIGHT, J., dissents.

MOYER, C.J., not participating.

**92-2150.** Howard v. Walter. *Cuyahoga County*, Nos. 61514, 61527, 61528 and 61529. (Notice of appeal by Governor George Voinovich; second notice of appeal by Josephine E. Hayes; third notice of appeal by Upper Arlington City School District; fourth notice of appeal by Ted W. Sanders, State Board of Education.)

WRIGHT, J., dissents.

RESNICK and F.E. SWEENEY, JJ., not participating.

**92-2157.** State v. Brown. *Medina County*, No. 2091M.

**92-2168.** Dayton v. Williams. *Montgomery County*, No. 13288.

RESNICK, J., dissents.

**92-2173.** Moore v. McClain. *Warren County*, No. CA91–11–088.